**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 262 MAL 2014
:
                Respondent :
                : Petition for Allowance of Appeal from the
                : Order of the Superior Court
       v. :
:
:
:
ROBERT BAKER, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.